IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER G. MYLONAS, LAW OFFICES OF<br>PETER GEORGE MYLONAS, P.C., and<br>ANASTASIOS PAPADOPOULOS,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 14-5760 |

### ORDER

**AND NOW**, this 15th day of July 2015, upon consideration of Plaintiff Westport Insurance Corporation's Motion to Dismiss Counts II and III of Defendant Anastasios Papadopoulos's Amended Counterclaims and to Strike Portions of Papadopoulos's Answer (Doc. No. 29), the Joinder to the Motion filed by Defendants Peter G. Mylonas and the Law Offices of Peter George Mylonas, P.C. (Doc. No. 30), Papadopoulos's Response in Opposition to the Motion (Doc. No. 31), Westport's Reply in Further Support of the Motion (Doc. No. 34), Westport's Supplemental Brief in Support of the Motion (Doc. No. 40), Papadopoulos's Supplemental Brief in Opposition to the Motion (Doc. No. 41), Papadopoulos's Motion to Withdraw Count III of the Amended Counterclaims without Prejudice (Doc. No. 42), Westport's Opposition to Papadopoulos's Motion (Doc. No. 43), the Joinder to Westport's Opposition to Papadopoulos's Motion filed by Peter G. Mylonas and the Law Offices of Peter George Mylonas, P.C. (Doc. No. 44), Papadopoulos's Supplement in Opposition to Westport's Motion to Dismiss (Doc. No. 45), and the arguments of counsel at the hearing on the Motion held on June 17, 2015, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff Westport Insurance Corporation's Motion to Dismiss Counts II and III of Defendant Anastasios Papadopoulos's Amended Counterclaims (Doc. No. 29) is **GRANTED**.  Counts II and III of Defendant Anastasios Papadopoulos's Amended Counterclaims (Doc. Nos. 23, 24) are **DISMISSED WITH PREJUDICE**.

2. Plaintiff Westport Insurance Corporation's Motion to Strike Portions of Defendant Anastasios Papadopoulos's Answer (Doc. No. 29) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.