PETER GEORGE MYLONAS, ESQUIRE
LAW OFFICES OF PETER GEORGE MYLONAS, P.C.
ID NO. 52562
MARPLE EXECUTIVE CENTER
2725 WEST CHESTER PIKE
BROOMALL, PA 19008
(610) 355-1000
FAX (610) 355-2470

Pro Se and Attorney for Defendant, Law Offices of Peter George Mylonas, PC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WESTPORT INSURANCE ) No. 14-CV-5760
CORPORATION )
      Plaintiff )
       )
   vs. )
PETER G. MYLONAS, LAW OFFICES OF )
PETER GEORGE MYLONAS, PC &
ANASTASIOS PAPADOPOULOS
      Defendants

DEFENDANTS, PETER G. MYLONAS &
LAW OFFICES OF PETER GEORGE MYLONAS, PC'S
MOTION FOR SUMMARY JUDGMENT

DEFENDANTS, PETER G. MYLONAS and LAW OFFICES OF PETER GEORGE

MYLONAS, PC submits the following Motion for Summary Judgment.   In support,

DEFENDANTS, PETER G. MYLONAS and LAW OFFICES OF PETER GEORGE

MYLONAS, PC state as follows:

JOINDER IN PLAINTIFF, WESTPORT'S MOTION FOR
SUMMARY JUDGMENT

DEFENDANTS, PETER G. MYLONAS and LAW OFFICES OF PETER GEORGE

MYLONAS, PC hereby join in and adopt PLAINTIFF, WESTPORT INSURANCE

CORPORATION'S Motion for Summary Judgment (Document 56), filed September 11,

2015, by specifically joining in and adopting PLAINTIFF, WESTPORT INSURANCE

CORPORATION'S Motion for Summary Judgment filed September 11, 2015 and hereby

incorporates and adopts all of **PLAINTIFF, WESTPORT INSURANCE CORPORATION'S**

legal arguments and case law authority by reference, as if more fully set forth herein at

length.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF PETER GEORGE MYLONAS, P.C.

BY:_____
PETER GEORGE MYLONAS, ESQUIRE,
PRO SE & ATTORNEY FOR DEFENDANT,
LAW OFFICES OF PETER GEORGE
MYLONAS, PC

Dated: 9/14/15

# VERIFICATION

I, DEFENDANT, PETER GEORGE MYLONAS, ESQUIRE, being duly sworn according to law state that I am the Pro Se DEFENDANT and attorney for DEFENDANT, LAW OFFICES OF PETER GEORGE MYLONAS, PC and the facts set forth in the foregoing PLEADING are true and correct to the best of my knowledge, information and belief.

This Verification is subject to 18 Pa. C.S.A. 4904, which provides for certain penalties for making false statements under oath.

PETER GEORGE MYLONAS, ESQUIRE
Pro Se and Attorney for Defendant, Law Offices of
Peter George Mylonas, PC

Date: 9/14/2015

PETER GEORGE MYLONAS, ESQUIRE
LAW OFFICES OF PETER GEORGE MYLONAS, P.C.
ID NO. 52562
MARPLE EXECUTIVE CENTER
2725 WEST CHESTER PIKE
BROOMALL, PA 19008
(610) 355-1000
FAX (610) 355-2470

Pro Se and Attorney for Defendant, Law Offices of Peter George Mylonas, PC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION<br><br>        Plaintiff<br><br>     vs.<br><br>PETER G. MYLONAS, LAW OFFICES OF PETER GEORGE MYLONAS, PC & ANASTASIOS PAPADOPOULOS<br>        Defendants | )  No. 14-CV-5760<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

     I, the undersigned, Peter George Mylonas, Esquire, do hereby certify that, on the date written below, I caused a true and correct copy of the foregoing **DEFENDANTS, MYLONAS'** Motion for Summary Judgment to be served on the following counsel and parties by electronic transmission:

Elit R. Felix, II, Esquire
The Curtis Center, Suite 400E
170 S. Independence Mall W.
Philadelphia, PA 19106-3337

Francis A. Malofiy, Esquire
280 N. Providence Road, Suite 105
Media, PA 19063

LAW OFFICES OF PETER GEORGE MYLONAS, P.C.

BY: _____
PETER GEORGE MYLONAS, ESQUIRE,
PRO SE & ATTORNEY FOR DEFENDANT,
LAW OFFICES OF PETER GEORGE
MYLONAS, PC

Dated: 9/14/15