# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER G. MYLONAS, LAW OFFICES OF )<br>PETER GEORGE MYLONAS, P.C., and )<br>ANASTASIOS PAPADOPOULOS, )<br>)<br>Defendants. )<br>) | Case No. 14-cv-5760 |

## WESTPORT'S NOTICE OF WITHDRAWAL OF
## ITS MOTION TO STRIKE

Plaintiff Westport Insurance Corporation hereby withdraws its Motion to Strike Defendant Anstasios Papadopoulos's Reply in Support of Defendant's Motion for Summary Judgment. Doc. 69.

Dated: October 28, 2015          Respectfully submitted,

_____
Elit R. Felix, II
MARGOLIS EDELSTEIN
The Curtis Center, Suite 400E
170 S. Independence Mall W.
Philadelphia, PA 19106-3337
(215) 931-5870

*Of Counsel:*
Robert P. Conlon (admitted *pro hac vice*)
Douglas W. Walker (admitted *pro hac vice*)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street
Suite 3200
Chicago, IL 60606
(312) 244-6700

Attorneys for Plaintiff,
Westport Insurance Corporation

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) PETER G. MYLONAS, LAW OFFICES OF ) PETER GEORGE MYLONAS, P.C., and ) ANASTASIOS PAPADOPOULOS, ) ) Defendants. ) ) | Case No. 14-cv-5760 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing **WESTPORT'S NOTICE OF WITHDRAWAL OF ITS MOTION TO STRIKE** to be served on the following counsel by electronic transmission:

Peter G. Mylonas, Esq.
Law Offices of Peter G. Mylonas, P.C.
Marple Executive Center
2725 West Chester Pike
Broomall, PA 19008
peter.mylonas@mylonaslaw.com

*Pro se* and attorney for Defendant Law Offices of Peter G. Mylonas, P.C.

Francis Alexander Malofiy, Esq.
Francis Alexander, LLC
280 N. Providence Road, Suite 105
Media, PA 19063
francis@francisalexander.com.

Attorney for Defendant Anastasios Papadopoulos

Dated: October 28, 2015

_____
Douglas W. Walker