IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>PETER G. MYLONAS, LAW OFFICES OF PETER GEORGE MYLONAS, P.C., and ANASTASIOS PAPADOPOULOS,<br><br>Defendants. | CIVIL ACTION<br>NO. 14-5760<br><br>FILED<br>OCT 06 2016<br>LUCY V. CHIN, Interim Clerk<br>By _____ Dep. Clerk |

## ORDER

**AND NOW**, this 5th day of October 2016, it is **ORDERED** that the Clerk of Court shall place the above-captioned case in **SUSPENSE** pending the outcome of the litigation before the United States Court of Appeals for the Third Circuit.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.

ENTERED
OCT 06 2016
CLERK OF COURT