UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3705
_____

WESTPORT INSURANCE CORPORATION

v.

PETER G. MYLONAS;
LAW OFFICES OF PETER GEORGE MYLONAS, P.C.;
ANASTASIOS PAPADOPOULOS


Anastasios Papadopoulos,
                  Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(E.D. Pa. No. 2-14-cv-05760)
District Judge: Honorable Joel H. Slomsky
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
July 10, 2017
_____

Before: GREENAWAY, JR., SHWARTZ, and RENDELL, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on July 10, 2017. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on August 26, 2016 is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs to be taxed against Appellant.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: August 4, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** August 28, 2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**