AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

) 
) 
v.   )   Case No.: 
) 
) 

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................. | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ................................................. | _____ |
| Fees for witnesses *(itemize on page two)* ............................................. | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ......................................... | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ....................................... | _____ |
| Compensation of court-appointed experts ............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ....................................................... | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❐   Electronic service        ❐   First class mail, postage prepaid

❐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                                                                     Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____                          By: _____                          _____
*Clerk of Court*                         *Deputy Clerk*                          *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

*Westport Insurance Corporation v. Peter G. Mylonas et al.*
14-cv-05760-JHS

**SCHEDULE TO WESTPORT'S BILL OF COSTS**

**1) Fees of the Clerk**
    --filing fee, U.S. District Court, Eastern District of Pennsylvania    $400.00
                                                                                              $400.00        $400.00

**2) Fees for service of summons and subpoena**
    --fees for service on Peter G. Mylonas and attempted service    $280.00
    on Anastasios Papadopoulos
    --fee for service on Anastasios Papadopoulos    $85.00
                                                                                              $365.00        $365.00

**3) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case**
    --transcript from Nov. 12, 2015 summary judgment hearing    $261.50
    --transcript from Jun. 17, 2015 hearing on Westport's motion    $35.10
    to dismiss amended counterclaim    $296.60        $296.60

                                                                                                 **TOTAL $1,061.60**

\*\* Documentation supporting these amounts is attached as exhibits to this Schedule.

| | | | |
|---|---|---|---|
| **Account Number:** | 8618997857 | **Transaction Type:** | Checks/Debits |
| **Account Name:** | FIRM CASH DISB ACCOUNT | **Seq/Ref#:** | 86889519 |
| **Post Date:** | 10/09/2014 | **Check #:** | 215701 |
| **Amount:** | $400.00 | | |

---

CHECK DATE: 10/09/14

MARGOLIS EDELSTEIN
ATTORNEY OPERATING ACCOUNT
THE CURTIS CENTER, STE 400E
170 S INDEPENDENCE MALL W
PHILADELPHIA, PENNSYLVANIA 19106-3304

CHECK NO. 215701
3-5/310

PNC Bank, National Association
Philadelphia, PA

CHECK AMOUNT
$400.00

***FOUR HUNDRED AND 00/100 USD***

TWO SIGNATURES REQUIRED ON CHECKS OVER $1,000.00

PAY TO THE ORDER OF   CLERK, U.S. DISTRICT COURT

Void if not presented within 180 days of issue

⑈215701⑈ ⑆031000053⑆ 8618997857⑈   14   5760

---

FRB CLEVELAND

0410-3603-3

US Treas DG - OTCNET

10/09/2014

---

Retrieved: Tuesday, September 12, 2017 8:06:32 AM
Image On-Demand

**B&R**
Services for Professionals Inc.

• Court Filing • Process Serving • Court Reporting •

235 SOUTH 13TH STREET   PHILADELPHIA, PA 19107   (215) 546-7400   FAX: (215) 985-0169

FED ID # 23-1867085

RECEIVED OCT 21 2014

# INVOICE
## Process Serving

PAGE 1

922-1100
Elit R. Felix, II, Esquire
Margolis Edelstein
6th and Walnut Streets
4th Floor, Curtis Center
Philadelphia, PA 19106

Westport Insurance Corporation
-vs-
Peter G. Mylonas, et al
14-5760

**CUSTOMER REFERENCE NUMBER**
48250.0-00039

INVOICE DATE   10/20/2014
INVOICE NO    PS020571A
DUE DATE

NET DUE   280.00

| FOR SERVICES RENDERED | | | AMOUNT |
|---|---|---|---|
| PS020571-1 | Peter G. Mylonas | Summons and Complaint / Exhibits | 85.00 |
| | Process Serving - Same Day Rush - Zone 2 | | |
| PS020571-2 | Law Offices of Peter George Mylonas, P.C. | Summons and Complaint / Exhibits | 15.00 |
| PS020571-3 | Anastasios Papadopoulos | Summons and Complaint / Exhibits | 180.00 |
| | 1 Additional Addresses | | |
| | PS - Same Day Rush - Zone 2 (1st address) | | |
| | PS - Same Day Rush - Zone 2 (2nd address) | | |

TOTAL   280.00
WE ACCEPT CREDIT CARD PAYMENTS!   PREPAYMENT   0.00
NET DUE   280.00

**TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days**
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc
235 South 13th Street
Philadelphia, PA 19107
215-546-7400

Return this portion of Invoice for proper credit.

NET DUE   280.00

CUST ID          922-1100        Margolis Edelstein
INVOICE NO       PS020571A
INVOICE DATE     10/20/2014
CASE ID          14-5760
                 Westport Insurance Corporation
                 Peter G. Mylonas, et al

Proces

**TERMS: NET 30 DAYS - $7.50 MONTHLY SERVICE CHARGE ADDED EACH MONTH AFTER 30 DAYS**
**KINDLY REFER TO INVOICE NUMBER TO ASSURE PROPER CREDIT OF YOUR PAYMENT.**

| | | | |
|---|---|---|---|
| **Account Number:** | 8618997857 | Transaction Type: | Checks/Debits |
| **Account Name:** | FIRM CASH DISB ACCOUNT | Seq/Ref#: | 86516882 |
| **Post Date:** | 10/28/2014 | Check #: | 216222 |
| **Amount:** | $280.00 | | |

---

**MARGOLIS EDELSTEIN**
ATTORNEY OPERATING ACCOUNT
THE CURTIS CENTER, STE. 400E
170 S. INDEPENDENCE MALL W.
PHILADELPHIA, PENNSYLVANIA 19106-3304

CHECK DATE: 10/23/14
CHECK NO. 216222
3-5/310

PNC Bank, National Association
Philadelphia, PA

CHECK AMOUNT: $280.00

***TWO HUNDRED EIGHTY AND 00/100 USD***

TWO SIGNATURES REQUIRED ON CHECKS OVER $1,000.00

PAY TO THE ORDER OF:
B&R SERVICES
235 S. 13TH STREET
PHILADELPHIA, PA 19107

Void if not presented within 180 days of issue

⑈216222⑈ ⑆031000053⑆ 8618997857⑈

---

<031901097>
ROYAL BANK AMERICA
Walnut Street
2014-10-28
020278840

B & R SERVICES FOR PROFESSIONALS
1400324

PAY TO THE ORDER OF
ROYAL BANK AMERICA
PHILADELPHIA, PA, 19107-5456
#031901097#
FOR DEPOSIT ONLY

0020278840

---

Retrieved: Tuesday, September 12, 2017 8:09:31 AM
Image On-Demand

FED ID # 23-1867085

**B&R Services for Professionals Inc.**

OCT 30 2014

• Court Filing • Process Serving • Court Reporting •

235 SOUTH 13TH STREET   PHILADELPHIA, PA 19107   (215) 546-7400   FAX: (215) 985-0169

# INVOICE
## Process Serving

PAGE 1

922-1100
Elit R. Felix, II, Esquire
Margolis Edelstein
6th and Walnut Streets
4th Floor, Curtis Center
Philadelphia, PA 19106

Westport Insurance Corporation
-vs-
Peter G. Mylonas, et al
14-5760

**CUSTOMER REFERENCE NUMBER**
48250.0-00039

INVOICE DATE   10/30/2014
INVOICE NO     PS020635A
DUE DATE

NET DUE   85.00

**FOR SERVICES RENDERED**                                                                                    AMOUNT

PS020635-1   Anastasios Papadopoulos      Summons and Complaint / Exhibits / Civil Cover        85.00
                                          Sheet / Case Management Track Designation
                                          Form / Designation Form / Corporate Disclosure
                                          Statement

Process Serving - Same Day Rush - Zone 2

|  |  |
|---|---|
| TOTAL | 85.00 |
| PREPAYMENT | 0.00 |
| NET DUE | 85.00 |

WE ACCEPT CREDIT CARD PAYMENTS!

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days
Kindly refer to Invoice Number to assure proper credit of your payment.

B R Services for Prof, Inc
235 South 13th Street
Philadelphia, PA 19107
215-546-7400

Return this portion of Invoice for proper credit.

NET DUE   85.00

CUST ID         922-1100      Margolis Edelstein
INVOICE NO      PS020635A
INVOICE DATE    10/30/2014
CASE ID         14-5760
                Westport Insurance Corporation
                Peter G. Mylonas, et al

Proces

TERMS: NET 30 DAYS - $7.50 MONTHLY SERVICE CHARGE ADDED EACH MONTH AFTER 30 DAYS
KINDLY REFER TO INVOICE NUMBER TO ASSURE PROPER CREDIT OF YOUR PAYMENT.

| | | | |
|---|---|---|---|
| **Account Number:** | 8618997857 | **Transaction Type:** | Checks/Debits |
| **Account Name:** | FIRM CASH DISB ACCOUNT | **Seq/Ref#:** | 84574862 |
| **Post Date:** | 11/06/2014 | **Check #:** | 216706 |
| **Amount:** | $85.00 | | |

---

**CHECK DATE** 11/03/14

PNC Bank, National Association
Philadelphia, PA

**MARGOLIS EDELSTEIN**
ATTORNEY OPERATING ACCOUNT
THE CURTIS CENTER, STE. 400E
170 S. INDEPENDENCE MALL W.
PHILADELPHIA, PENNSYLVANIA 19106-3304

**CHECK NO.** 216706
3-5/310

**CHECK AMOUNT** $85.00

***EIGHTY-FIVE AND 00/100 USD***

TWO SIGNATURES REQUIRED ON CHECKS OVER $1,000.00

PAY TO THE ORDER OF
B&R SERVICES
235 S. 13TH STREET
PHILADELPHIA, PA 19107

Void if not presented within 180 days of issue

⑆216706⑆ ⑈031000053⑈ 8618997857⑊

---

<031901097>
ROYAL BANK AMERICA
Walnut Street
2014-11-06
020404669

PAY TO THE ORDER OF
ROYAL BANK...
PHILADELPHIA, PA 19107-5256
FOR DEPOSIT ONLY
B & R SERVICES FOR PROFESSIONALS
14905524

0020404669

---

Retrieved: Tuesday, September 12, 2017 8:11:02 AM
Image On-Demand



**ATTORNEYS AT LAW**
www.margolisedelstein.com

ELIT R. FELIX, II, ESQUIRE
Direct Tel: 215-931-5870
Mobile Tel: 215-803-1720
EFelix@MargolisEdelstein.com
ME File No.: 48250.0-00039

**PHILADELPHIA OFFICE:\***
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W.
SUITE 400E
PHILADELPHIA, PA 19106-3337
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256

WESTERN PENNSYLVANIA OFFICE:
983 THIRD STREET
BEAVER, PA 15009
724-774-6000

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231

CENTRAL PENNSYLVANIA OFFICE:
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401

DELAWARE OFFICE:
750 SHIPYARD DRIVE
SUITE 102
WILMINGTON, DE 19801
302-888-1112

\* MEMBER OF THE HARMONIE GROUP

November 23, 2015

**Via Hand Delivery ONLY**

Mr. David Hayes
Office of Clerk of Court
U.S.D.C., Eastern District, Pa.
James A. Bryne U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

RE:   **TRANSCRIPT REQUEST** in
*Westport v. Mylonas, et al.*, U.S.D.C., E.D., Pa. #14-cv-05760-JHS
Hearing on 11/12/15 at 2:30 p.m. before the Hon. Joel H. Slomsky

Dear Mr. Hayes:

In accord with Judge Slomsky's direction at the above hearing, I am requesting on behalf of plaintiff and defendant in the above matter two copies of the transcript of the above hearing on the expedited seven-day basis.

By telephone on November 17th, Ms. Connie Flores informed me that the estimated length of the transcript is 100 pages and the estimated total cost for the two copies (plus the original filed with the Court) is $523. Thus, I am enclosing two checks, made payable to "Veritext," in the amount of $261.50 each to cover that cost. We understand that any deficiency in the actual cost will be billed to the parties and that any overpayment will be refunded.

One of the copies should be sent both by mail and by e-mail to each of the following two persons:

Douglas W. Walker, Esquire
Walker Wilcox Matousek LLP
One North Franklin St., Suite 3200
Chicago, IL 60606
  T: (312) 244-6772
  E: DougWalker@wwmlawyers.com

Attorney for Plaintiff,
Westport Insurance Corporation

Francis Alexander Malofiy, Esquire
Francis Alexander, LLC
280 N. Providence Road, Suite 105
Media, PA 19063
  T: (215) 500-1000
  E: francis@francisalexander.com

Attorney for Defendant,
Anastasios Papadopoulos

Mr. David Hayes
Office of Clerk of Court
U.S.D.C., Eastern District, Pa.
November 23, 2015
Page 2

   If the transcript is produced in regular and condensed formats at no additional cost, please send it in both formats. If an additional cost is required to receive the transcript in both formats, please send it only in the condensed format. We understand that this expedited order will be completed within seven days of your receipt of the two enclosed checks.

   If a deficiency or overpayment is involved, please communicate with me instead of Mr. Walker for Plaintiff Westport and with Mr. Malofiy for Defendant Papadopoulos.

   Please contact me at your convenience if you have any questions about this matter

                Very truly yours,

                Elit R. Felix, II

Encls.

cc:  (Via E-mail w/o Encls.)

   Douglas W. Walker, Esquire
   Walker Wilcox Matousek LLP

   Francis Alexander Malofiy, Esquire
   Francis Alexander, LLC

*[handwritten notation: ME # 231505, 11/20/15; FAM # 36170, 11/17/15]*

| | |
|---|---|
| **Account Number:** 8618997857 | **Transaction Type:** Checks/Debits |
| **Account Name:** FIRM CASH DISB ACCOUNT | **Seq/Ref#:** 83076714 |
| **Post Date:** 12/04/2015 | **Check #:** 231505 |
| **Amount:** $261.50 | |

CHECK DATE 11/20/15

PNC Bank, National Association
Philadelphia, PA

**MARGOLIS EDELSTEIN**
ATTORNEY OPERATING ACCOUNT
THE CURTIS CENTER, STE. 400E
170 S. INDEPENDENCE MALL W.
PHILADELPHIA, PENNSYLVANIA 19106-3304

CHECK NO. 231505
3-5/310

CHECK AMOUNT
$261.50

***TWO HUNDRED SIXTY-ONE AND 50/100 USD***

TWO SIGNATURES REQUIRED ON CHECKS OVER $1,000.00

PAY TO THE ORDER OF
VERITEXT
P.O. BOX 71303
CHICAGO, IL 60694-1303

Inv # 2490148

Void if not presented within 180 days of issue

⑈231505⑈ ⑉031000053⑊ 8618997857⑈

CREDIT TO WITHIN NAMED PAYEE
LACK OF END. GTD. BNO Harris Bank N.A.
LOCKBOX ID: 71303 SITE: CHI
DEPOSIT DATE: 12-04-2015
DDA ACCOUNT #: 4353462
BATCH #: 52602053 SEQ #: 0009

Retrieved: Tuesday, September 12, 2017 8:12:27 AM
Image On-Demand

**Veritext Mid-Atlantic**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| | | | | |
|---|---|---|---|---|
| **Bill To:** | Elit Felix, Esquire<br>Margolis Edelstein<br>The Curtis Center<br>170 S. Independence Mall West; Suite 400E<br>Philadelphia, PA, 19106 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | PA2811814<br>11/28/2016<br>$35.10 |

| | |
|---|---|
| **Case:** | Westport v. Mylones |
| **Job #:** | 2469022 \| Job Date: 10/19/2016 \| Delivery: Normal |
| **Billing Atty:** | Elit F. Felix, II, Esq. |
| **Location:** | USDC for the ED of PA |
| | 601 Market St. \| Courtroom 10B \| Philadelphia, PA 19106-1732 |
| **Sched Atty:** | Alfred Fluehr \| United States District Court, Pennsylvania, Eastern District |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 14-5760 6/17/15 | Certified Transcript | Page | 39.00 | $0.90 | $35.10 |

| | | |
|---|---|---|
| **Notes:** Received check# 245392 for the amount of 35.10 for payment | **Invoice Total:** | $35.10 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $35.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

697

Please remit payment to:
Veritext
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | PA2811814 |
| Job #: | 2469022 |
| Invoice Date: | 11/28/2016 |
| Balance: | $35.10 |

| | |
|---|---|
| **Account Number:** | 8618997857 |
| **Account Name:** | FIRM CASH DISB ACCOUNT |
| **Post Date:** | 11/30/2016 |
| **Amount:** | $35.10 |
| **Transaction Type:** | Check Debit |
| **Seq/Ref#:** | 86685125 |
| **Check #:** | 245392 |

---

CHECK DATE 11/15/16

**MARGOLIS EDELSTEIN**
ATTORNEY OPERATING ACCOUNT
THE CURTIS CENTER, STE. 400E
170 S. INDEPENDENCE MALL W.
PHILADELPHIA, PENNSYLVANIA 19106-3304

CHECK NO. 245392
3-5/310

PNC Bank, National Association
Philadelphia, PA

CHECK AMOUNT $35.10

***THIRTY-FIVE AND 10/100 USD***

TWO SIGNATURES REQUIRED ON CHECKS OVER $1,000.00

PAY TO THE ORDER OF
VERITEXT MID-ATLANTIC
VERITEXT
P.O. BOX 71303
CHICAGO, IL 60694-1303

Void if not presented within 180 days of issue

⑈245392⑈ ⑆031000053⑆ 8618997857⑈

ENDORSE HERE
CREDIT TO WITHIN NAMED PAYEE
LACK OF END GTD BMO Harris
LOCKBOX ID: 71303  SITE:
DEPOSIT DATE: 11-30-2016
DDA ACCOUNT #: 4353462
BATCH #: 403  SEQ #: 0014

---

Retrieved: Tuesday, September 12, 2017 8:15:43 AM
Image On-Demand